

# NUMBER 13-19-00226-CV

# COURT OF APPEALS

# THIRTEEN DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE THE ALEX GROUP, LLC

## On Petition for Writ of Mandamus.

## ORDER

### Before Chief Justice Contreras and Justices Benavides and Hinojosa
### Order Per Curiam

Relator The Alex Group, LLC filed a petition for writ of mandamus in the above cause on May 15, 2019. Through this original proceeding, relator seeks to compel the trial court to vacate the trial court's order granting the real party in interest's motion for extension of time to file a certificate of merit and to grant relator's motion to dismiss. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 150.002 (West, Westlaw through May 7, 2019, 2019 R.S.)

The Court requests that the real party in interest, La Joya Independent School District, or any others whose interest would be directly affected by the relief sought, file a

response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order.  *See id.* R. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
16th day of May, 2019.